FILED LODGED RECEIVED
AUG 01 2002
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

THE HONORABLE JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| MARYBRIGIT SCOTT, et al | CAUSE NO. C97-5329RJB |
|---|---|
| Plaintiffs, | |
| vs. | DECLARATION OF |
| | MARYBRIGIT SCOTT |
| CITY OF BAINBRIDGE ISLAND, et al | |
| Defendants | |

I hereby declare the following to be true and correct under penalty of perjury pursuant to the laws of the State of Washington.

1. I, Marybrigit Scott, am the plaintiff in the above-entitled action and guardian for Annieka McCullough.

2. The attached is a letter of engagement along with copies of some of the original documents.

3. During the course of litigation, I paid for the costs, including filing fees, costs of some of the depositions, service of process, etc. These costs amounted to $1,736.25 for transcripts, $360.00 for depositions, $120.00 for filing, approximately $180.00 for process of service, and, approximately miscellaneous charges of $555.22 (for



CV 97-05329 #00000173

LONGACRE AND ADAMS LAW OFFICE
569 Division St, Suite F
Port Orchard, Washington 98366
(360) 876-7290, fax (360) 876-0204

ORIGINAL

173

copy costs, postage, and fax costs). My attorney, Clayton Longacre, fronted another $2,248.96 for transcripts of depositions

4. The depositions were needed in order to serve and/or respond to defendant's Summary Judgment motions.

5. This case arose because the police believed ludicrous accusations of drugs being stored or sold from my house. My family, especially my daughter, Annieka, and I were terrorized by the police.

6. When the Court granted partial summary judgment to the defendants it undercut the majority of our claims and grievances. When the appellate court refused to reinstate those claims I felt it best that my daughter and I give up expecting to find justice in court. As a mother, I felt it best to simply get what we could to pay off the debts of litigation, provide Mr. Longacre with some compensation for his untold hours in this case, and move on with our lives.

7. I have never used drugs in my life and I never will. My daughter, now age 13, has committed herself to the same. We both will never forgive the actions of the officers. They made it clear in their depositions that they had no remorse. Indeed, they remained arrogantly convinced they had only arrived at the wrong time. The law enforcement officials never sought any charges against the person who obviously gave false information.

8. We have also come to accept that in America, terror by government officials sworn to uphold the Constitution will always be protected by the courts.

**Declaration of Marybrigit Scott**
Page 2 of 3

LONGACRE AND ADAMS LAW OFFICE
569 Division St., Suite F
Port Orchard, Washington 98366
(360) 876-7290, fax (360) 876-0204

9.     Please sign this order and end this case so we may put this memory behind us. I intend to pay what I owe and use the remainder to buy a house for Annie (my daughter) and I.

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BASE OF MY KNOWLEDGE.

Signed at Port Orchard, Washington this 1st day of August, 2002

*Marybrigit Scott*
Marybrigit Scott
Declarant / Plaintiff

Declaration of Marybrigit Scott
Page 3 of 3

LONGACRE AND ADAMS LAW OFFICE
569 Division St., Suite F
Port Orchard, Washington 98366
(360) 876-7290, fax (360) 876-0204

RECEIVED FEB 23 1995

# CLAYTON ERNEST LONGACRE
Attorney at Law
1683 S.W. Bay Street
Port Orchard, Washington 98366
(360)876-7290 Phone
(360)876-0204 Fax

February 10, 1995

Marybrigit Scott/*Guardian Annieka McCullough* *CEL MS*
1315 Cambrian Street
Bremerton, WA 98312

Re: Police Raid of House 1/9/95

Dear Marybrigit:

*CEL MS and your daughter* Thank you for expressing interest in retaining me to represent you in connection with the above referenced matter. The purpose of this letter is to inform you of the terms of my engagement and confirm that you wish to retain me.

It has been my experience that a new client may have questions about the general procedures employed by the law firm he or she engages. It is my policy to ensure, so far as possible, that at the onset of an engagement my new clients understand and are comfortable with the standard practices of my firm. *MS*

I will be representing you, *and your daughter* *CEL* in your civil claims against the police agencies involved (and/or their officers) and Ron Johnson in this matter. I understand that you suffered significant emotional distress stemming from this incident and that your daughter Annie is being evaluated as well. We will soon forward you a letter to engage my office on her behalf if you wish to do so.

I will be the attorney for this matter, and Claire Cheng will be responsible for performing paralegal services on your behalf on a day-to-day basis. Where appropriate, I may use other lawyers, paralegals or various other professionals to achieve economies, take advantage of specialized skills or experience or for other reasons that appear appropriate. I will report significant developments to you at the above address.

This representation will be on a contingency fee basis. The contingency fees will be 40% if settlement is reached before trial, 45% with a trial, and 50% if an appeal is undertaken. You will be responsible for all filing and witness fees and other non-attorney fee costs.

Some of these fees may need to be paid before the resolution of your claim or to allow us to proceed on your claim. Where fees must be paid in advance to proceed with your claim, we will contact you. Unpaid fees and costs will be subtracted from the total settlement or award amount before dividing the remainder according to the above arrangements.

In the event that a settlement is accepted where the percentage named above is less than the attorney fees to date, my attorney fees will be taken from the settlement amount. For example, should you accept a settlement of $2,000 when my attorney fees were $1,000, I would be paid the full $1,000 and you would keep the remainder once unpaid fees and costs were covered.

I will be remitting invoices for services rendered and costs on a monthly basis. Attorney fees will be billed at the rate of $100 an hour and paralegal fees at $50 an hour. The purpose of this is to provide an exact accounting in case we are able to recover attorney fees in a civil suit.

I am very pleased to have the opportunity to act as your counsel in this matter. If you wish to engage me on the terms set out above, please sign and return this letter. Be sure to keep a copy for your records. Upon receipt of the signed letter, Claire Cheng will begin to contact the police agencies to obtain copies of reports on the incident.

If you have any questions, please do not hesitate to call me or any member of my staff.

Very truly yours,

Clayton Ernest Longacre

Contingent Fee Agreement

I wish to engage Clayton Ernest Longacre as my attorney in the claim described above and on the terms contained herein.

2/10/95
Dated

Marybrigit Scott
For herself and her daughter Anneka
1315 N. Cambrian
Bremerton, WA
98312

**Sandra Baker & Associates**
Court Reporters and Legal Video Service
870 10th Lane, Fox Island Washington 98333

Tacoma 253 272 9288    Seattle 206 622 9919    Bremerton 360 373 9032    Olympia 360 352 0099    Fax 253 549 7918

RECEIVED AUG 03 1998 BY:

**Bill To:** Clayton E Longacre
Attorney at Law
2501 Mile Hill Drive Suite A-102
Port Orchard, Washington 98366

**Date:** August 1, 1998
**Invoice No.:** DG132

| DESCRIPTION | AMOUNT |
|---|---|
| SCOTT v BAINBRIDGE, ET AL. | |
| Deposition of WILLIAM HUNT - July 31, 1998 | |
| Deposition of SHANE BROOKS - July 31, 1998 | |
| Deposition of NICHOLOS PATTERSON - July 31, 1998 | |
| Deposition of STEVE WHYBARK - July 31, 1998 | |
| Appearance fee | $220 00 |
| **PAID IN FULL Check No. 1572** | |

Thank you, Dorothy A. Geyer, CCR #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     **TOTAL:**    $220.00

**Sandra Baker & Associates** Court Reporters and Legal Video Service

870 10th Lane, Fox Island Washington 98333

RECEIVED AUG 0 3 1998

Tacoma 253.272.9288   Seattle 206.622.9919   Bremerton 360.373.9032   Olympia 360.352.0099   Fax 253.549.2918

**Bill To:** Clayton E Longacre
Attorney at Law
2501 Mile Hill Drive Suite A-102
Port Orchard, Washington 98366

**Date:** August 1, 1998
**Invoice No:** DG131

| DESCRIPTION | AMOUNT |
|---|---|
| SCOTT v BAINBRIDGE, ET AL. | |
| Deposition of RON RUPKE - July 30, 1998 | |
| Deposition of KEVIN JEPSON - July 30, 1998 | |
| Appearance fee | $140.00 |
| **PAID IN FULL Check No. 1982** | |

Thank you, Dorothy A. Geyer, CCR  #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

**TOTAL:** $140.00

**Sandra Baker & Associates** Court Reporters and Legal Video Service

870 10th Lane, Fox Island, Washington 98333

Tacoma 253 272 9288   Seattle 206 622 9919   Bremerton 360 373 9032   Olympia 360 352 0099   Fax 253.549 2918

**Bill To:** Clayton E. Longacre
Attorney at Law
2501 Mile Hill Drive Suite A-102
Port Orchard, Washington 98366

**Date:** September 2, 1998
**Invoice No.:** DG143

| DESCRIPTION | AMOUNT |
|---|---|
| SCOTT v BAINBRIDGE ISLAND, ET AL. | |
| Deposition of KEVIN A. JEPSON - July 30, 1998 | |
| Deposition of RONALD P. RUPKE - July 30, 1998 | |
| Deposition of WILLIAM A. HUNT - July 31, 1998 | |
| Deposition of SHANE J. BROOKS - July 31, 1998 | |
| Deposition of NICHOLAS D. PATTERSON - July 31, 1998 | |
| Deposition of STEVE C. WHYBARK - July 31, 1998 | |
| One Copy (K. Jepson) | $172.90 |
| Mini-Transcript - COMPLIMENTARY | |
| Original and One Copy (R. Rupke) | 132.00 |
| Exhibit copying | .25 |
| Mini-Transcript - COMPLIMENTARY | |
| Original and One Copy (W. Hunt) | 168.30 |
| Mini-Transcript - COMPLIMENTARY | |
| Original and One Copy (S. Brooks) | 409.20 |
| Exhibit copying | 5.25 |
| Mini-Transcript - COMPLIMENTARY | |
| Original and One Copy (N. Patterson) | 112.20 |
| Exhibit copying | .75 |
| Mini-Transcript - COMPLIMENTARY | |
| Original and One Copy (S. Whybark) | 49.50 |
| Mini-Transcript - COMPLIMENTARY | |

*Paid in full on 9/2/98 ✓ #2035 - $550.35 and $500 down payment*

Thank you, Dorothy A. Geyer, CCR #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

**TOTAL:** $1,050.35

**Sandra Baker & Associates**
Court Reporters and Legal Video Service
870 10th Lane Fox Island, Washington 98333

Tacoma 253 272 9288   Seattle 206 622 9919   Bremerton 360 373 9032   Olympia 360 352 0099   Fax 253 549 2918

BILL TO:   MR. CLAYTON ERNEST LONGACRE
Attorney at Law
2501 Mile Hill Drive, Suite A102
Port Orchard, Washington 98366

**BILL FOR PROFESSIONAL SERVICES**

BILLING INVOICE:   KB1085
DATE OF INVOICE:   9/2/98
DATE OF SERVICE:   6/15 and 6/25 1998
IN RE:   Scott vs. City of Bainbridge

TRANSCRIPT:   Of the deposition of Marybrigit Scott
and Annieka McCullough, 361 pages ......   $685.90

CONDENSED/KEYWORD INDEX: (1) one each ......   Complimentary

TOTAL DUE:   $685.90

Thank you... Kaedra Brooks, CCR

PLEASE INCLUDE INVOICE COPY WITH PAYMENT
Terms: 30
Tax Id #532 32 5805

pd 9/4/98

# WEST SOUND LEGAL MESSENGERS

4171 WHEATON WAY * SUITE 4 * BREMERTON, WA 98310 * (360)246-8004 * (360)405-4877 PAGER

| FIRM: | SEC: | DATE: 3/30/98 |
|---|---|---|
| COURT: US District | COUNTY: Tacoma | |
| CAUSE: C97-53 | CASE: Sa__ v. __ Twp | |
| DOCUMENTS: | | |

MESSENGER                                    LAST DAY: 4/2/98

| ✓ DELIVERY ONLY | ___ DELIVERY ONLY |
| ___ RETURN COPY | ___ RETURN COPY |
| ___ RETURN ORIGINAL | ___ RETURN ORIGINAL |
| ___ LEAVE COPY | ___ LEAVE COPY |
| ___ LEAVE ORIGINAL | ___ LEAVE ORIGINAL |
| ___ OTHER | ___ OTHER: |
| ___ DELIVERY ONLY | ___ DELIVERY ONLY |
| ___ RETURN COPY | ___ RETURN COPY |
| ___ RETURN ORIGINAL | ___ RETURN ORIGINAL |
| ___ LEAVE COPY | ___ LEAVE COPY |
| ___ LEAVE ORIGINAL | ___ LEAVE ORIGINAL |
| ___ OTHER: | ___ OTHER: |

COPY RECEIVED APR 1 1998

## FILING

___ YES   ___ NO   ___ FILE, THEN SERVE   ___ SERVE, THEN FILE   ___ SERVE

| COUNTY: | DISTRICT: | SUPERIOR: | US DISTRICT: | APPEALS: |
|---|---|---|---|---|
| | | AUDITOR: | Bankrupt: | I: |
| | | TREAS.: | Civil: | II: |

## PROCESS

___ SERVE                                    ___ POS1

SERVICE ON:                                  LAST DAY:

ADDRESS:                                     STATUTE OF LIMITATIONS?

OTHER INSTRUCTIONS/INFO:

# WEST SOUND LEGAL MESSENGERS

**4171 WHEATON WAY * SUITE 4 * BREMERTON, WA 98310 * (206)246-8004 * (360)405-4877 PAGER**

FIRM: Longhorn  SEC: Clarke  DATE: 3/30/98
COURT: US District  COUNTY: _____
CAUSE: C97-5329  CASE: Scott v. _____
DOCUMENTS: _____

### MESSENGER                                                 LAST DAY: 4/2/98

| | |
|---|---|
| ✓ DELIVERY ONLY — James _____ | ___ DELIVERY ONLY      4/1/98 |
| ___ RETURN COPY | ___ RETURN COPY |
| ___ RETURN ORIGINAL | ___ RETURN ORIGINAL |
| ___ LEAVE COPY | ___ LEAVE COPY |
| ___ LEAVE ORIGINAL | ___ LEAVE ORIGINAL |
| ___ OTHER: | ___ OTHER: |
| ___ DELIVERY ONLY | ___ DELIVERY ONLY |
| ___ RETURN COPY | ___ RETURN COPY |
| ___ RETURN ORIGINAL | ___ RETURN ORIGINAL |
| ___ LEAVE COPY | ___ LEAVE COPY |
| ___ LEAVE ORIGINAL | ___ LEAVE ORIGINAL |
| ___ OTHER: | ___ OTHER: |

### FILING

___ YES   ___ NO   ___ FILE THEN SERVE   ___ SERVE, THEN FILE   ___ SERVE

| COUNTY: | DISTRICT: | SUPERIOR: | US DISTRICT: | APPEALS: |
|---|---|---|---|---|
| | | AUDITOR: | Bankrupt: | I: |
| | | TREAS.: | Civil: | II: |

### PROCESS

___ SPIN:                              ___ POST

SERVICE ON:                            LAST DAY:

ADDRESS:                               STATUTE OF LIMITATIONS?

OTHER INSTRUCTIONS/INFO:

# WEST SOUND LEGAL MESSENGERS

4171 WHEATON WAY * ST 111 * BREMERTON, WA 98310 * (360)246-8004 * (360)405-4877 PAGER

FIRM: Longacre  SEC: Cla___  DATE: 3/27/98
COURT: US District  COUNTY: _____
CAUSE: C97-532  CASE: Scott v. Bainbridge
DOCUMENTS: _____

MESSENGER  LAST DAY: 4/3/98

4/1/98

| | |
|---|---|
| ✓ DELIVERY ONLY | ___ DELIVERY ONLY |
| ___ RETURN COPY | ___ RETURN COPY |
| ___ RETURN ORIGINAL | ___ RETURN ORIGINAL |
| ___ LEAVE COPY | ___ LEAVE COPY |
| ___ LEAVE ORIGINAL | ___ LEAVE ORIGINAL |
| ___ OTHER: | ___ OTHER: |
| ___ DELIVERY ONLY | ___ DELIVERY ONLY |
| ___ RETURN COPY | ___ RETURN COPY |
| ___ RETURN ORIGINAL | ___ RETURN ORIGINAL |
| ___ LEAVE COPY | ___ LEAVE COPY |
| ___ LEAVE ORIGINAL | ___ LEAVE ORIGINAL |
| ___ OTHER: | ___ OTHER: |

(APR - 1998  KEATING BUCKLIN & McCORMACK INC. P.S.)

## FILING

___ YES  ___ NO  ___ FILE THEN SERVE  ___ SERVE, THEN FILE  ___ SERVE

| COUNTY: | DISTRICT: | SUPERIOR: | US DISTRICT: | APPEALS. |
|---|---|---|---|---|
| | | AUDITOR: | Bankrupt: | I: |
| | | TREAS.: | Civil: | II: |

## PROCESS

___ SERVE  ___ POST

SERVICE ON:  LAST DAY:

ADDRESS:  STATUTE OF LIMITATIONS?

OTHER INSTRUCTIONS: INFO

# WEST SOUND LEGAL MESSENGERS

4171 WHEATON WAY * SUITE 1 * BREMERTON, WA 98310 * (206) 246-8004 * (360) 405-4877 PAGER

FIRM: Vorpom  SEC: _____  DATE: 2/27/98
COURT: USDC  COUNTY: Thurston
CAUSE: C97-_____  CASE: Scott v. Bainbridge Isl
DOCUMENTS: _____

MESSENGER  LAST DAY: 8/27/98

✓ DELIVERY ONLY          ___ DELIVERY ONLY
___ RETURN COPY          ___ RETURN COPY
___ RETURN ORIGINAL      ___ RETURN ORIGINAL
___ LEAVE COPY           ___ LEAVE COPY
___ LEAVE ORIGINAL       ___ LEAVE ORIGINAL
___ OTHER:               ___ OTHER:

___ DELIVERY ONLY        ___ DELIVERY ONLY
___ RETURN COPY          ___ RETURN COPY
___ RETURN ORIGINAL      ___ RETURN ORIGINAL
___ LEAVE COPY           ___ LEAVE COPY
___ LEAVE ORIGINAL       ___ LEAVE ORIGINAL
___ OTHER:               ___ OTHER:

## FILING

___ YES    ___ NO    ___ FILL THEN SERVE    ___ SERVE, THEN FILE    ___ SERVE

| COUNTY: | DISTRICT: | SUPERIOR: _____ | US DISTRICT: | APPEALS: |
|---|---|---|---|---|
|  |  | AUDITOR: _____ | Bankrupt: _____ | I: _____ |
|  |  | TREAS.: _____ | Civil: _____ | II: _____ |

## PROCESS

___ SERVE                              ___ POST

SERVICE ON:                            LAST DAY:

ADDRESS:                               STATUTE OF LIMITATIONS?

OTHER INSTRUCTIONS/INFO:

# WEST SOUND LEGAL MESSENGERS

4171 WHEATON WAY * SUITE 4 * BREMERTON, WA 98310 * (206)246-8004 * (360)405-4877 PAGER

FIRM: Cosgrove  SEC: Clark  DATE: 3/12/98
COURT: US Dist  COUNTY: Tacoma
CAUSE: C97-5329  CASE: Satmi Bainbridge Isld
DOCUMENTS:

### MESSENGER
LAST DAY: 3/12/98

__ DELIVERY ONLY
✓ RETURN COPY
__ RETURN ORIGINAL
__ LEAVE COPY
✓ LEAVE ORIGINAL
__ OTHER:

__ DELIVERY ONLY
__ RETURN COPY
__ RETURN ORIGINAL
__ LEAVE COPY
__ LEAVE ORIGINAL
__ OTHER:

__ DELIVERY ONLY
__ RETURN COPY
__ RETURN ORIGINAL
__ LEAVE COPY
__ LEAVE ORIGINAL
__ OTHER:

__ DELIVERY ONLY
__ RETURN COPY
__ RETURN ORIGINAL
__ LEAVE COPY
__ LEAVE ORIGINAL
__ OTHER:

### FILING

__ YES  __ NO  __ FILE, THEN SERVE  __ SERVE, THEN FILE  __ SERVE

COUNTY:  DISTRICT:  SUPERIOR:  US DISTRICT:  APPEALS:
         AUDITOR:   Bankrupt:  I:
         TREAS:     Civil:     II:

### PROCESS

__ SERVE  __ POST

SERVICE ON:  LAST DAY:

ADDRESS:  STATUTE OF LIMITATIONS?

OTHER INSTRUCTIONS/INFO:

**FalCorp, Ltd.**
The Ray R. Greenwood Building
600 Kitsap Street, Suite 104
Port Orchard, WA 98366

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/11/1998 | 82048 |

*RECEIVED SEP 14 1998 BY:*

Clayton Ernest Longacre
Attorney at Law
2501 Mile Hill Drive, Ste A-102
Port Orchard, WA 98366

**REFERENCE MATTER**

*Split between* (handwritten)

(circled) Marybrigit Scott v Bainbridge Island

Paula Horvath v King Co Police Dept

Longacre

| TERMS | DUE DATE | REP | CLIENT BILLING # |
|---|---|---|---|
| Net 30 | 10/11/1998 | RCZ | Not Provided |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Special messenger service to/from Tacoma (commenced before 2:00 pm - $30.00) (commenced after 2:00 pm - $40.00) **9/10/98 - Filed documents at US District Court in Tacoma | 1 | 30.00 | 30.00 |
| File Documents **Filed original and copy with Pierce County Judge Felnagle | 1 | 10.00 | 10.00 |



TOTAL **PAID** $40.00

*THANK YOU!! FALCORP, LTD., ESTABLISHED IN 1984, IS WEST PUGET SOUND'S OLDEST, LOCAL, COMPLETE ATTORNEY SERVICE*

*INVOICES PAST DUE ARE ASSESSED A LATE CHARGE OF 1.5%, MINIMUM 2.00 PER INVOICE. PAYMENTS ARE FIRST APPLIED TO LATE CHARGES.*

*TAX ID #91-1647334   FOR ACCOUNT STATUS, PLEASE CALL 360.876.4122*

```
      MAIL BOXES
         ETC.
      PORT ORCHARD

      08-26-97 11:57
   CLERK 5  0001     201

   503X              $0.04
   COPIES      T    $20.12
   TAX AMOUNT 1     $20.12
   TAX 1             $1.63
   CREDIT CARD
                   $21.75
```

MBScott
Vynne

```
   CHANGE             .00

   **** U.S. POSTAL SERVICE ****
   PT ORCHARD M.O.
   546762                98366
   LEO                   33.00
   10-29-97              # 01
                      13:03:08

          CUSTOMER RECEIPT

   109 POST VAL IMP      3.69
   109 POST VAL IMP      3.69
   109 POST VAL IMP      5.45
   109 POST VAL IMP      5.45
   109 POST VAL IMP      5.45
   109 POST VAL IMP      5.45
      TOTAL             29.18
      CHECK #012        29.18
      CHANGE              .00
```

Scott Svce vin Mail

```
       *** THANK YOU ***
```

CK# 1427

```
      MAIL BOXES
         ETC.
      PORT ORCHARD

      10-24-97 14:48
   CLERK 5  0001     533

   194X              $0.05
   COPIES      T     $9.20
   50X               $0.05
   COPIES      T     $2.50
   REFUND..........
   50X               $0.05
   COPIES      T    -2.50
   TAX AMOUNT 1      $9.20
   TAX 1             $0.75
   CREDIT CARD $9.95
```

Scott

For Rd,
Scott - Vynne

```
   **** U.S. POSTAL SERVICE ****
   PT ORCHARD M.O.
   546762                98366
   VERN                  33.00
   08-27-97              # 14
                      15:51:08

          CUSTOMER RECEIPT

   109 POST VAL IMP      9.00
      ($3.00 x 3)

      TOTAL              9.00
      CHECK #025         9.00

      CHANGE              .00


       *** THANK YOU ***
```

## CLIENT COST FORM

To: Bridgette Higgins, our Cost Queen

From: Claire E. Fox

Date: 5/11/97

*Paid*

Please bill **Marybrigett Scott** in the amount of **$6.55** for the following "non-attorney costs or fees":

$6.55 copying cost for Summons

Receipts attached? (Yes)  No

Give to PJ to reimburse me? (Yes)  No

*Recorded*





USPS Express Mail Post Office to Addressee customer copy receipts (two labels: EH900898557US and EH900898565US). Signed Mary B. Scott.

## UPS Next Day Air® — UPS Worldwide Express

**Shipping Document**

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

**TRACKING NUMBER:** N133 209 252 5

**1 SHIPMENT FROM**

- REFERENCE NUMBER:
- NAME: Clayton Longacre (360) 876-7240
- COMPANY: Attorney at Law
- STREET ADDRESS: 2501 Mile Hill Drive Ste A02
- CITY AND STATE: Port Orchard, WA 98366

**2 EXTREMELY URGENT DELIVERY TO**

- NAME: US Court of Appeals (415) 556-9800
- COMPANY: (9th Cir.)
- STREET ADDRESS: 95 Seventh Street
- CITY AND STATE: San Francisco CA 94103

**Weight:** 005

**Type of Service:** Next Day Air

**Method of Payment:** Bill Shipper

**Shipper's Signature:** [signed]

**Date of Shipment:** 10/31/97